# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SASSAMANSVILLE FIRE COMPANY No. 1, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| MARIE LIVELSBERGER, ET AL., | : | NO. 21-cv-4648 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **25th** day of **March 2022**, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 12 & 13), and Plaintiff's Responses in Opposition (ECF Nos. 18 & 25), and Defendant's Replies (EC Nos. 19 & 26), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motions to Dismiss (ECF Nos. 12 & 13) are **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Plaintiff has leave to file an amended complaint on or before **April 15, 2022**. If Plaintiff does not do so, the Court will deem him to have decided to stand on his Amended Complaint (ECF No. 8), will **DISMISS** his claims **WITH PREJUDICE**, and will mark this case closed.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, JUDGE
