# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SASSAMANSVILLE FIRE COMPANY NO. 1,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **MARIE LIVELSBERGER, et al.,** | : | |
| *Defendants*. | : | **NO.  21-cv-04648** |

## ORDER

**AND NOW**, this **18th** day of **May 2022**, upon consideration of Plaintiff's Second Amended Complaint (ECF No. 30), Defendants' Motion to Dismiss (ECF No. 32), Plaintiff's Response (ECF No. 36) and Defendants' Reply (ECF No. 37), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss (ECF No. 32) is **GRANTED**. Plaintiff's federal claims, (Counts I, II, and III) are **DISMISSED WITH PREJUDICE,** and the Court will decline to exercise supplemental jurisdiction over the remaining state law claims (Counts III and IV), which are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to mark this case closed.

**BY THE COURT:**

*/s/ Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**
